[No. 49595-0-I.   Division One.   September 3, 2002.]

TASSO SCHIELKE, ET AL., *Appellants*, v. SINCLAIRE ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-2-00217-4, John M. Meyer, J., entered October 19, 2001. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy and Appelwick, JJ.

[No. 19787-5-III.   Division Three.   September 5, 2002.]

*In the Matter of the Marriage of* CYNTHIA ROYAL COCHRAN WYNN, *Respondent*, and PARDNER N.M. WYNN, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 98-3-01078-7, Michael E. Donohue, J., entered November 13, and December 5, 2000. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 19923-1-III.   Division Three.   September 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY ALLEN SALMON, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 98-1-00006-1, Wallis W. Friel, J., entered January 3, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20166-0-III.   Division Three.   September 5, 2002.]

RANDALL M. JARVIS, *Appellant*, v. THE CITY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-07114-5, Michael E. Donohue, J., entered April 25, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.